## James Robert NICHOLS, Debtor, Appellant, v. S. V. KEMP, Attorney, and six other cases.
### Nos. 4019, 4023, 4036, 4051, 4069, 4081, 4156.

Circuit Court of Appeals, Fourth Circuit.
April 16, 1937.

S. S. Lambeth, Jr., of Bedford, Va., Ted Dalton, of East Radford, Va., William Lemke, of Fargo, N. D., Philip Williams, of Winchester, Va., Gilbert E. Pence, of Woodstock, Va., William J. Carter, of Johnson City, Tenn., S. Bruce Jones, of Bristol, Va., and Legh R. Page, of Richmond, Va., for appellants.

S. V. Kemp, Samuel H. Williams, and B. B. Campbell, all of Lynchburg, Va., William D. Staples, T. X. Parsons and W. J. Henson, all of Roanoke, Va., John S. Draper, of Pulaski, Va., H. C. Tyler, of East

**1016**

Radford, Va., F. S. Tavenner, of Woodstock, Va., Wade B. Hampton, of Washington, D. C., Hunter J. Phlegar, of Christiansburg, Va., and H. G. Lavinder, of Bristol, Va., for appellees.

PER CURIAM.

In these cases, the orders and decrees entered below will be reversed and the cases will be remanded for further proceedings in accordance with the decision of the Supreme Court in the case of Robert Page Wright v. Vinton Branch of Mountain Trust Bank of Roanoke, Virginia et al., 57 S.Ct. 556, 81 L.Ed. ——.

Reversed.